# EXHIBIT D



**ADVENT SOFTWARE, INC**

600 TOWNSEND STREET, SUITE 400,
SAN FRANCISCO, CA 94103
 (800) 685-7688
FEDERAL TAX ID #

# INVOICE

| | |
|---|---|
| CUST NO: | 91404 |
| INVOICE NO: | 1161855 |
| INVOICE DATE: | 13-FEB-2018 |
| DUE DATE: | 10-APR-2018 |

BILL TO:
BNP PARIBAS RCC, INC.
ATTN: Accounts Payable
525 WASHINGTON BLVD
FL 9
JERSEY CITY, NJ 07310-1606
UNITED STATES

SHIP TO:
BNP PARIBAS RCC, INC.
525 WASHINGTON BLVD
FL 9
JERSEY CITY, NJ 07310-1606
UNITED STATES

| SALESPERSON | REFERENCE NUMBER | PO# |
|---|---|---|
| ARBIOS, AIMEE D | 17684 | |

| ITEM DESCRIPTION | QUANTITY | UNIT PRICE | PRICE |
|---|---|---|---|
| GENEVA, TERM ANNUAL FEE, PRODUCTION:11-FEB-2018:10-FEB-2019 | | | 105,000.00 |

## ATTENTION!!!

**We have changed our payment remittance information.**

Please update your records accordingly based on the information provided on the
Remittance section (page 2) of your invoice to ensure proper payment application.

| | | |
|---|---|---|
| Sales Total | USD | 105,000.00 |
| Sales Tax | | 0.00 |
| **Total Due** | USD | **105,000.00** |



# INVOICE

| | |
|---|---|
| INVOICE NO: | 1161855 |
| DUE DATE: | 10-APR-2018 |

## PAYMENT REMITTANCE OPTIONS

Please send in coupon with your payment and fill out all appropriate information

IF PAYING BY WIRE, PLEASE USE THE FOLLOWING INSTRUCTIONS.

| | |
|---|---|
| Customer Name: | BNP PARIBAS RCC, INC. |
| Customer # | 91404 |
| Invoice # | 1161855 |
| PO # | |
| Due Date | 10-APR-2018 |
| Amount Due: | USD 105,000.00 |

**WIRE / ACH INSTRUCTIONS**
**( ALL DETAILS MUST BE INCLUDED)**

| | |
|---|---|
| PAY TO: | BANK OF AMERICA, NA, 222 BROADWAY, NEW YORK, NY 10038 |
| WIRE ABA/ROUTING NO. : | ███████ |
| ACH ABA/ROUTING NO.: | |
| FURTHER CREDIT TO: | ADVENT SOFTWARE, INC. |
| SWIFT CODE: | ███████ |
| ACCOUNT NUMBER: | ███████ |
| REMITTANCE EMAIL: | wiresdetails@sscinc.com |
| BY ORDER OF: | BNP PARIBAS RCC, INC. |
| | CUSTOMER NUMBER 91404 |
| | INVOICE NUMBER 1161855 |

---

FOR CREDIT CARD PAYMENT AND ALL OTHER CORRESPONDENCE, PLEASE SEND YOUR CREDIT CARD INFORMATION TO A SECURE FAX AT 415.241.4024. REMIT IN US DOLLARS ONLY, INCLUDE REMITTANCE AND PAYMENT INSTRUCTIONS.

## PAYMENT COUPON

| | | | | |
|---|---|---|---|---|
| CUSTOMER NAME: | BNP PARIBAS RCC, INC. | | INVOICE NO.: | 1161855 |
| CUSTOMER NO: | 91404 | | PO # | |
| | | | DUE DATE: | 10-APR-2018 |
| | | | AMOUNT DUE: USD | 105,000.00 |

**CREDIT CARD INFORMATION**
TYPE:    AMERICAN EXPRESS    VISA    MASTER CARD

CARD HOLDER NAME
CREDIT CARD NUMBER
CVV2 NUMBER
EXPIRATION MONTH/YEAR
CARD BILLING ADDRESS
CITY, ST, ZIP
AUTHORIZED AMOUNT

*MAXIMUM CHARGE AMOUNT ALLOWED $25,000.00*
CARD HOLDER SIGNATURE

**ADVENT SOFTWARE, INC**
PLEASE FAX PAYMENT INSTRUCTION TO 415.241.4024

If you wish to pay by Credit Card by phone, please contact
our secure Credit card voice line at 1-866-650-9648

---

Please Detach and Remit with Payment

IF PAYING BY CHECK, PLEASE USE THE FOLLOWING LOCKBOX ADDRESS. REMIT IN US DOLLARS ONLY, INCLUDE REMITTANCE AND PAYMENT INSTRUCTIONS.

**PLEASE MAKE CHECK PAYABLE TO ADVENT SOFTWARE, INC.**

## PAYMENT COUPON

| | |
|---|---|
| Customer Name | BNP PARIBAS RCC, INC. |
| Customer # | 91404 |
| Invoice # | 1161855 |
| PO # | |
| Due Date: | 10-APR-2018 |
| AMOUNT DUE: USD | 105,000.00 |

**ADVENT SOFTWARE, INC**
P. O. BOX 419808
BOSTON, MA 02241-9808

CHECK # _____
AMOUNT PAID _____

THANK YOU FOR YOUR PROMPT PAYMENT.